UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JONATHAN CONYERS,

        Plaintiff,

  v.

WHITTENEY L. GUYTON, et al.,

        Defendants.

Civil No. 2:23cv689

## ORDER

Before the Court is a Report and Recommendation issued by Magistrate Judge Robert J. Krask on April 23, 2025. Report & Rec., ECF No. 59. Therein, Judge Krask, having held a hearing on the matter on February 11, 2025, recommended that Plaintiff Jonathan Conyers' request for an order of garnishment against Epique Inc., d/b/a Epique Realty ("Epique") be denied without prejudice. *Id.* at 6. By copy of the report, each party was advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within 14 days from the date of mailing of the report. *Id.* at 7.

The Court has received no objections to the report, and the time for filing the same has expired. "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72, Advisory Committee's Note).

1

Finding no clear error, the Court does hereby accept the findings and recommendations set forth in the Report and Recommendation by Judge Krask.

Accordingly, the Report and Recommendation (ECF No. 59) is **ADOPTED**. For the reasons stated therein, Plaintiff's request for an order of garnishment against Epique is **DENIED without prejudice**. The Clerk is **REQUESTED** to provide a copy of this Order to all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

May 8, 2025
Norfolk, Virginia